UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUL 2 8 2014
PER _____
DEPUTY CLERK

WILLIAM P. MILLS, III,

    Petitioner

v.

SUPT. NANCY GIROUX, et al.,

    Respondents

: CIVIL NO. 3:CV-14-0972

: (Judge Kosik)

## ORDER

NOW, THIS 28th DAY OF JULY, 2014, upon consideration of the above-captioned petition for writ of habeas corpus and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. No. 1) is **dismissed as time-barred** by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **close this case**.

EDWIN M. KOSIK
United States District Judge